DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

ELVIN VERAS PAULINO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2025-2280

—————————————————

May 15, 2026

Petition for Writ of Certiorari to the Circuit Court for Pasco County;
Gregory G. Groger, Judge.

Maria Pavlidis of Pavlidis Law, LLC, Tampa, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, and William C.
Shelhart, Assistant Attorney General, Tampa, for Respondent.


PER CURIAM.

     Denied.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.